**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

In re:                                                                                         Case No. 8:20-bk-03006-CPM
                                                                                               Chapter 13

Mildred Rios Rivera

    Debtor.
_____/

**TRUSTEE'S MOTION TO DISMISS FOR**
**FAILURE TO COMPLY WITH ORDER CONFIRMING PLAN**

> **A preliminary hearing in this case will be held on July 10, 2024 at 2:15 *pm* before the Honorable Catherine Peek McEwen, United States Bankruptcy Judge, in Courtroom 8B, Tampa, Florida. All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court Appearances (available at https://www.flmb.uscourts.gov/judges/mcewen) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom. If an unrepresented party is unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5151 no later than 6:00 p.m. one business day before the date of the hearing.**

    COMES NOW, JON M. WAAGE, the Chapter 13 Standing Trustee, by and through the undersigned attorney, hereby moves for the entry of an Order of Dismissal, without prejudice, and in support thereof would state as follows:

    1.    The current Debtor's Petition for Relief under Chapter 13 of the Bankruptcy Code was filed on April 9, 2020.

    2.    On December 18, 2020, the Court entered an Order Confirming Debtor's Plan. The Order Confirming Plan provided in part that the Debtor must commit all tax returns and refunds to the Plan each year during the applicable plan period beginning with tax year 2020.

    3.    It appears as though the Debtor has failed to comply with the Order Confirming Plan to provide her 2023 federal income tax return and any refund she might have received. **Failure to turn over the return and any refund may result in a dismissal of your case for failure to comply with the Court Order.**

WHEREFORE, the Trustee respectfully requests that the Court enter an Order of Dismissal, without prejudice, together with such other and further relief as the Court deems just and proper.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire
Staff Attorney for Chapter 13 Trustee
Florida Bar No. 14123
Post Office Box 25001
Bradenton, Florida 34206-5001
Phone:  (941) 747-4644
Fax:     (941) 750-9266

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss was furnished electronically by CM/ECF services and/or by U.S. Mail to **Mildred Rios Rivera**, Debtor, 11306 Rohrman Rd, port Richey, FL 34668 and **Jay M. Weller, Esquire**, Attorney for Debtor, c/o Weller Legal Group, Inc., 25400 US Hwy 19 North, Suite 150, Clearwater, FL 33763 on this 7th day of June, 2024.

/s/ Kimberly McIntyre
Kimberly McIntyre, Esquire

JMW/KRM/ss